AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___EASTERN___ District of ___MASSACHUSETTS___

HARVEY HOLMES and ANNIE HOLMES

**SUMMONS IN A CIVIL ACTION**

V.

VOLVO TRUCKS NORTH AMERICA, INC.
and

ANDCO, INC.

CASE NUMBER: 04 10996 RWZ

TO: (Name and address of Defendant)

VOLVO TRUCKS NORTH AMERICA, INC.

C/o its registered agent:   CT Corporation
                            101 Federal Street
                            Boston, Massachusetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth P Doherty
Doherty Law Offices
73A Winthrop Avenue
Lawrence, Massachusetts 01843      978-687-7700

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

```
June 8, 2004
I hereby certify and return that on 6/1/2004 at  11:30:00 AM I served a true and
attested copy of the Summons, Complaint and Cover Sheet in this action in the
following manner: To wit, by delivering in hand to Y.Concepcion,Process Clerk &
agent in charge of CT Corp & its business for Volvo Trucks North America, Inc., at
, C/O CT Corporation Systems,  101 Federal Street Boston, MA. U.S. District Court
Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling
($1.00), Attest/Copies ($5.00) Total Charges $42.00
```

*/s/ John Cotter*

Deputy Sheriff    John Cotter

Deputy Sheriff

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                          *Signature of Server*

                                         _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.