UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
CLERKS OFFICE

2004 JUN 22  P 12: 14

U.S. DISTRICT COURT
DISTRICT OF MASS
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HARVEY HOLES and
ANNE HOLMES
    Plaintiffs

v.                                        CIVIL ACTION NO: 04-10996 RWZ

VOLVO TRUCKS NORTH
AMERICA, INC., and
ANDCO, INC.
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

To the Clerk:

    Please enter the appearance of the undersigned as counsel of record for the defendants in this action.

                                  VOLVO TRUCKS NORTH AMERICA, INC.
                                  ANDCO, INC.
                                  By their attorneys,

                                  */s/ John B. Connarton, Jr.*
                                  John B. Connarton, Jr., P.C., BBO/ 094460
                                  CONNARTON, WOOD & CALLAHAN
                                  150 Federal Street, 12th Floor
                                  Boston, MA 02110
                                  (617) 443-0303