AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN        District of    MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 A 11: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

HARVEY HOLMES and ANNIE HOLMES

V.

VOLVO TRUCKS NORTH AMERICA, INC.
and
ANDCO, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10996 RWZ

TO: (Name and address of Defendant)

ANDCO, INC.
C/o its registered agent:    John Anderson
                                     279 Nayatt Road
                                     Barrington, Rhode Island 02806

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth P Doherty
Doherty Law Offices
73A Winthrop Avenue
Lawrence, Massachusetts 01843     978-687-7700

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAY 18 2004

DATE

SCANNED
DATE: 06/25/04
BY: SM

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 04 10996 RWZ

Plaintiff:
HARVEY HOLMES and ANNIE HOLMES

vs.

Defendant:
VOLVO TRUCKS NORTH AMERICA, INC. and ANDCO, INC.

For:
Henry T. Doherty III
Doherty Law Offices
73a Winthrop Ave
Lawrence, MA 01843

FILED
IN CLERKS OFFICE
2004 JUN 24 A II: 40
U.S. DISTRICT COURT
DISTRICT OF MASS

Received by HUGHES LEGAL SUPPORT to be served on **ANDCO INC, c/o John Anderson, 55 Nyatt Road, Barrington RI 02806**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **7th day of June, 2004** at 8:46 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the **Summons In a Civil Action, Civil Cover Sheet and Complaint** with the date and hour of service endorsed thereon by me to JOHN ANDERSON, president as AUTHORIZED MANAGING AGENT of the within named corporation.

**Description of Person Served:** Age: 50, Sex: M, Race/Skin Color: White, Height: 5'10, Weight: 170, Hair: White, Glasses: N

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Paul G. Hughes
Rhode Island Constable #40

HUGHES LEGAL SUPPORT
P.O. Box 20617
Cranston, RI 02920
(401) 944-8980

Our Job Serial Number: 2004002320

Before me on the 9th day of June, 2004 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC
SHANNON MACLEOD
Notary Public ID # 51846
State of Rhode Island and Providence Plantations
My Commission Expires July 24, 2007

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f