UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10996 RWZ

HARVEY HOLMES and )
ANNIE HOLMES, )
                     Plaintiffs, )
   )
v. )
   )
VOLVO TRUCKS NORTH )
AMERICA, INC., and )
ANDCO, INC. )
                     Defendant. )

## CERTIFICATION

The undersigned hereby certify that they have conferred with respect to the following:

1. With a view to establishing a budget for the costs of conducting the full course, and the various alternative courses, of the litigation, and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Harvey Holmes, Plaintiff

_____
Henry T. Doherty III, Atty. For Plaintiff
BBO #: 544725
Doherty Law Offices
73 A Winthrop Avenue
Lawrence, Ma. 01843
978-687-7700

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351