UNITED STATES DISTRICT COURT FILED OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

2005 MAY 13  P 1: 05

Civil Action No.  04-10996 RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS

```
*********************************** )
HARVEY HOLMES and                   )
ANNE HOLMES,                        )
                  Plaintiffs,       )
                                    )
v.                                  )
                                    )
VOLVO TRUCKS NORTH                  )
AMERICA, INC., and                  )
ANDCO, INC.                         )
                  Defendant.        )
*********************************** )
```

### JOINT MOTION TO EXTEND RULE 16 CONFERENCE DATES

The parties in this matter hereby move the court to extend the deadlines established by the court at the Rule 16 conference by 60 days.  In support thereof, the parties state that this is a product liability action involving the plaintiff's having allegedly suffered severe injuries while operating a heavy truck manufactured and sold by defendants; that they have in good faith been attempting to complete all factual discovery by the current May 15, 2005 deadline, however, some factual discovery remains to be completed; and that there has been a delay in being able to complete factual discovery due to the defendants' experiencing substantial difficulty in locating either the truck involved or the allegedly defective parts of the truck.

The parties believe that an extension of the Rule 16 Conference deadlines by 60 days would allow for completion of the required tasks. As such, the parties respectfully request that the Rule 16 deadlines be extended to the following:

A.      Non-expert discovery to be completed by July 15, 2005.

B.      Plaintiffs' Rule 26 disclosure of expert information to be served by July 15, 2005.

C.    Defendants' Rule 26 disclosure of expert information to be served by August15,

2005.

D.    Expert discovery, including depositions, to be completed by October 1, 2005.

E.    Pre-Trial Conference to be scheduled by the court for October, 2005.


**HARVEY HOLMES**                     **VOLVO TRUCKS NORTH AMERICA, INC.**
**ANNIE HOLMES**                      **ANDCO, INC.**
By their attorneys,                   By their attorneys,


Kenneth P. Doherty, Esq.,BBØ/556806    John B. Connarton, Jr., P.C.,BBO/ 094460
DOHERTY LAW OFFICES                    CONNARTON, WOOD & CALLAHAN
73A Winthrop Avenue                    150 Federal Street, 12th Floor
Lawrence, MA 01843                     Boston, MA 02110
(978) 687-7700                         (617) 443-0303


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above
document was served upon the attorney of
record for each other party by mail (by hand)
on    5/13/6;

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE

2005 MAY 13 P 1: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Action No. 04-10996 RWZ

```
*********** ***************************  )
HARVEY HOLMES and                        )
ANNE HOLMES,                             )
                       Plaintiffs,       )
                                         )
v.                                       )
                                         )
VOLVO TRUCKS NORTH                       )
AMERICA, INC., and                       )
ANDCO, INC.                              )
                       Defendant.        )
*********** ***************************
```

## JOINT MOTION TO EXTEND RULE 16 CONFERENCE DATES

The parties in this matter hereby move the court to extend the deadlines established by

the court at the Rule 16 conference by 60 days. In support thereof, the parties state that this is a

product liability action involving the plaintiff's having allegedly suffered severe injuries while

operating a heavy truck manufactured and sold by defendants; that they have in good faith been

attempting to complete all factual discovery by the current May 15, 2005 deadline, however,

some factual discovery remains to be completed; and that there has been a delay in being able to

complete factual discovery due to the defendants' experiencing substantial difficulty in locating

either the truck involved or the allegedly defective parts of the truck.

The parties believe that an extension of the Rule 16 Conference deadlines by 60 days

would allow for completion of the required tasks. As such, the parties respectfully request that

the Rule 16 deadlines be extended to the following:

      A.     Non-expert discovery to be completed by July 15, 2005.

      B.     Plaintiffs' Rule 26 disclosure of expert information to be served by July 15, 2005.

C.    Defendants' Rule 26 disclosure of expert information to be served by August15,

2005.

D.    Expert discovery, including depositions, to be completed by October 1, 2005.

E.    Pre-Trial Conference to be scheduled by the court for October, 2005.


**HARVEY HOLMES**                      **VOLVO TRUCKS NORTH AMERICA, INC.**
**ANNIE HOLMES**                       **ANDCO, INC.**
By their attorneys,                    By their attorneys,


Kenneth P. Doherty, Esq.,BBO/556806    John B. Connarton, Jr., P.C.,BBO/ 094460
DOHERTY LAW OFFICES                    CONNARTON, WOOD & CALLAHAN
73A Winthrop Avenue                    150 Federal Street, 12th Floor
Lawrence, MA 01843                     Boston, MA 02110
(978) 687-7700                         (617) 443-0303


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above
document was served upon the attorney of
record for each other party by mail (by hand)
on _____ 5/13/05 _____