UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10996 RWZ

*************************************  )
HARVEY HOLMES and                      )
ANNE HOLMES,                           )
                      Plaintiffs,   )
                                  )
v.                                     )
                                  )
VOLVO TRUCKS NORTH                     )
AMERICA, INC., and                     )
ANDCO, INC.                            )
                      Defendant.   )
*************************************

NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

    This is to notify the Court and all parties to the above action that my address and telephone number have changed effective October 1, 2005 as follows:

    John B. Connarton, Jr., Esq.
    Donovan Hatem, LLP
    Two Seaport Lane
    Boston, MA 02210
    Telephone: (617) 406-4500
    Facsimile: (617) 406-4501

                                                   The Defendants,
                                                   By their attorney,

                                                   John B. Connarton, Jr./BBO No. 094460
                                                 Donovan Hatem, LLP
                                                 Two Seaport Lane
                                                 Boston, MA 02210
                                                 617-406-4500

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 9/29/05.