UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10996 RWZ

| | |
|---|---|
| HARVEY HOLMES and<br>ANNIE HOLMES,<br>　　　　　　Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| VOLVO TRUCKS NORTH<br>AMERICA, INC., and<br>ANDCO, INC.<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>) |

## PLAINTIFF'S ASSENTED TO MOTION FOR AMENDMENT TO THE COMPLAINT

Now comes the Plaintiff in this matter who moves this honorable Court to amend its complaint in the following manner:

I.   To add paragraph 43a. Defendant Volvo Trucks North America, Inc. its agents, servants, or employees, was negligent in its performance maintenance, warranty, and/or repair work performed on the subject truck which caused the wheel to fall off the truck while it was being operated, causing the injuries to the Plaintiff.

II.   To add paragraph 48a. Defendant Andco, Inc. its agents, servants, or employees, was negligent in its performance of maintenance, warranty, and/or repair work performed on the subject truck which caused the wheel to fall off the truck while it was being operated, causing the injuries to the Plaintiff.

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

In support thereof, Plaintiff states that during discovery facts as to repairs to the subject vehicle before the accident by the Defendants were discovered necessitating the above amendments.

| Plaintiff Harvey Holmes and Annie Holmes<br>By his Attorney | Defendants Volvo Trucks North America, Inc. and Andco, Inc.<br>By their Attorneys, |
|---|---|
| _____<br>Kenneth P. Doherty (BBO#: 556806)<br>Doherty Law Offices<br>73A Winthrop Avenue<br>Lawrence, Massachusetts 01843<br>(978)687-7700 | _____<br>John B. Connarton, Jr. Esq, BBO#094460<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, Ma. 02210<br>(617) 406-4500 |

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on __11-3__, 2005.

_____
Kenneth P. Doherty

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351