UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10996 RWZ

HARVEY HOLMES and )
ANNIE HOLMES, )
           Plaintiffs, )
)
v. )
)
VOLVO TRUCKS NORTH )
AMERICA, INC., and )
ANDCO, INC. )
           Defendant. )

### Plaintiff's Rule 26 (a) (3) Pretrial Disclosures

A. 1. Names of witnesses Plaintiff expects to present at trial

    a. Harvey Holmes, 313 Moody Street, Lowell, Ma (978-453-2629)

    b. Annie Holmes, 313 Moody Street, Lowell, Ma. (978-453-2629)

    c. Barry R. Copplestone, Heavy Equipment Management, Inc., 892 Worcester Road, Suite 120, Wellesley, Ma. (781-237-7877)

    d. Ronald Parsons, Wright Group, Inc., 125 Stanphyl Road, Uxbridge, Ma. (508-749-3200)

    e. Dr. Paul Glazer, 330 Brookline Avenue, CC2, Boston, Massachusetts 02215-5400 (617-667-2225)

    f. Ronald C. McCarthy, 35 Colby Way, Westwood, Ma., President of Pool Builders, Inc., 810 Providence Highway, Norwood, Ma. 02062 (617-762-0017)

    g. Steven Shapley, mechanic at Pool Builders, Inc. 810 Providence Highway,

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

      Norwood, Ma. 02062 (617-762-0017)

h. John Anderson Jr., Andco, Inc., 170 Amaral Street, East Providence, RI

i. Heino W. Scharf, Director of Product Assurance Volvo Trucks North America, Inc., 7900 National Service Road, Greensboro, NC

j. Charles E. Bird, P.E., Sr. Engineer, Product Assurance, Volvo Trucks North America, Inc. –NRV, 4881 Cougar Trail Road, Dublin, VA.

k. Noel Hainssehn, 6 Burr Road, Hingham, Ma. (201-681-9594)

l. David Dean, 1138 River Street, Hyde Park, Ma. (617-361-5020)

A. 2. Names of witnesses Plaintiff may call if the need arises

    a. Keeper of the Records Heavy Equipment Management, Inc., 892 Worcester Road, Suite 120, Wellesley, Ma. (781-237-7877)

    b. James Scutti, Massachusetts Materials Research, Inc. 1500 Century Drive, West Boylston, Ma. 01583 (508-835-6262)

    c. Keeper of the Records of Massachusetts Materials Research, Inc. 1500 Century Drive, West Boylston, Ma. 01583 (508-835-6262)

    d. Keeper of the Records of Wright Group, Inc., 125 Stanphyl Rd., Uxbridge, Ma. (508-749-3200)

    e. Keeper of Records, Dr. Paul Glazer, 330 Brookline Avenue, CC2, Boston, Massachusetts 02215-5400 (617-667-2225)

    f. Dr. Richard Warnock, 200 Sutton Street, Suite 120, North Andover, Ma. 01845 (978-686-6464)

    g.    Dr. David Malins, 33 Bartlett Street, Lowell, Ma. 01852 (978-452-7000)

    h.    VNA/Hospice of Greater Lowell, Inc., 336 Central Street, Lowell, Ma. 01852 (978-459-9343)

    i.    Keeper of the Records Beth Israel Deaconess, 330 Brookline Ave., Boston, Ma. 02215 (671-754-2400)

    j.    Keeper of the Records of Body Works Physical Therapy, 103 Market Street, Lowell, Ma. 01852, (781-932-8149)

    k.    Keeper of the Records Vencor Hospital, 1515 Commonwealth Avenue, Boston, Ma. 02135 (617-254-1100)

    l.    Keeper of the Records of Kindred Hospital, 1515 Commonwealth Avenue, Boston, Ma. 02135 (617-254-1100)

    m.    Trooper Daniel H. Thom, Massachusetts State Police, Framingham, Ma. (508-820-2300)

B.    Witness Testimony by Deposition

    None

C 1.  The proposed exhibits that Plaintiff expects to offer:

    a.  Medical record, reports and bills of Beth Israel Deaconess

    b.  Medical record, reports and bills of Vencor Hospital

    c.  Medical record, reports and bills of Kindred Hospital

    d.  Medical record, reports and bills of Dr. Paul Glazer

    e. Medical record, reports and bills of Dr. Richard Warnock

    f. Medical record, reports and bills of Dr. Richard Malins

    g. Medical record, reports and bills of VNA/Hospice of Lowell

    h. Medical record, reports and bills of Body Works Physical Therapy

    i. Police report of Trooper David H. Thom

    j. Report of Barry R. Copplestone, Heavy Equipment Management, and Photographs of subject vehicle and parts

    k. Report of Stephen M. Harris, Wright Group

    l. Income Tax Records of Harvey Holmes from 1998 to the present

    m. Photographs of tire, wheel, and truck

    n. National Highway Transportation Safety Administration Safety Recall Instructions Number RVXX0003

C. 2. The proposed exhibits that Plaintiff may offer if the need arises:

    a. Any and all of Defendants' responses to Discovery including responses to Plaintiff's Requests for Production of Documents

    b. Initial disclosures provided by Volvo including: Invoice No. 00/04038; Truck Build Record, Order 871281 and Warranty Certificate

    c. Initial disclosures provided by Andco, Inc. including Invoice No.: 00/04038

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

November 11, 2005

_____
Kenneth P. Doherty
Henry T. Doherty Jr., P.C.
73A Winthrop Avenue
Lawrence, MA 01843
(978) 687-7700
BBO# 556806

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 11-11-05.

_____
Kenneth P. Doherty

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351