UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action #04-10996 RWZ

HARVEY HOLMES,
And ANNIE HOLMES,
    Plaintiffs,

V.

VOLVO TRUCKS NORTH
AMERICA, INC., and
ANDCO, INC.,
    Defendants.

STIPULATION OF DISMISSAL

The parties in the above-entitled action hereby stipulate that all Claims and Counterclaims arising out of said action be dismissed with prejudice, without costs, and all rights of appeal being waived

Dated: February 9, 2006

Kenneth P. Doherty
Henry T. Doherty Jr., P.C.
Attorneys for Plaintiff
73A Winthrop Avenue
Lawrence, MA 01843
(978) 687-7700
BBO# 556806

Dated:   3/1/06

John B. Connarton, Jr.
Donovan Hatem LLP
Attorneys for Defendants
Two Seaport Lane
Boston, MA 02210
(617) 406-4500
BBO# 094460

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 1, 2006.